IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CR73

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | SEALED |
| Vs. | ) | ORDER |
| | ) | |
| SCOTTIE W. BURNETT. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's *ex parte* Motion to Seal (#22). For good cause shown, the request will be allowed, as such is expressly permitted under Rule 17, Federal Rules of Criminal Procedure.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *ex parte* Motion to Seal (#22) is **ALLOWED**, and pleading #21 is **SEALED.**

Signed: August 31, 2009

Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants