IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL CASE NO. 1:09cr73**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | <u>**O R D E R**</u> |
| | ) | |
| **SCOTTIE W. BURNETT.** | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Further Extend Plea Deadline [Doc. 37].

The Court will grant the extension of time within which to file a plea agreement. However, counsel is advised that no extensions past November 3, 2009 will be granted. In the event that the plea agreement is not filed on or before November 3, 2009, counsel should be prepared to pick the jury in this matter on Monday, November 9, 2009, and to proceed to trial after jury selection is completed.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Further Extend Plea Deadline [Doc. 37] is hereby **GRANTED** and the

Defendant may file a plea agreement or a statement of his intent to enter a plea of guilty to the indictment on or before November 3, 2009.

Signed: October 29, 2009

Martin Reidinger
United States District Judge