# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:09cr73

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) vs. ) ) ) SCOTTIE W. BURNETT. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Notice of Dismissal - Bill of Indictment [Doc. 52].

The Government seeks leave to dismiss the superseding bill of indictment without prejudice. Defense counsel does not object and the motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Notice of Dismissal - Bill of Indictment [Doc. 52], which is a motion for leave to dismiss, is hereby **GRANTED** and the superseding bill of indictment [Doc. 42] is hereby **DISMISSED** without prejudice.

Signed: December 30, 2009

Martin Reidinger
United States District Judge